FILED

DEC 19 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 07 152ML |
| vs. | ) | In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C) |
| GEORGE J. CORREIA, JR. | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about November 24, 2007, in the District of Rhode Island, the Defendant, GEORGE J. CORREIA, JR., did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

COUNT II

On or about November 24, 2007, in the District of Rhode Island, the Defendant, GEORGE J. CORREIA, JR., did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine,

a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Sandra R. Beckner
Assistant U.S. Attorney

Mary Rogers
OCDETF Chief
Assistant U.S. Attorney

Dated: December 19, 2007