AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

APPEARANCE

v.

GEORGE J. CORREIA, JR.

CASE NUMBER: CR07-152ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

George J. Correia, Jr

I certify that I am admitted to practice in this court.

12/21/07
*Date*

[signature]
*Signature*

JAMES T. McCORMICK 2614
*Print Name* *Bar Number*

128 DORRANCE ST RM 330
*Address*

PROV RI 02903
*City* *State* *Zip Code*

831-2970 751-1797
*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.