1427274

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
DEC 19 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

GEORGE J. CORREIA, JR.

WARRANT FOR ARREST

CASE NUMBER: CR07-152ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GEORGE J. CORREIA, JR.
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE AND COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1) , (b)(1)(A)(C)

| | |
|---|---|
| JEANNINE NOEL | DEPUTY CLERK |
| Name of Issuing Officer | Title of Issuing Officer |
| J. Noel | December 19, 2007 - PROVIDENCE, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ, returned to ACI | | |
| DATE RECEIVED 12/19/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 12/21/2007 | | |