UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. C.A No. 07-152-01ML

GEORGE CORREIA

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL**

Now comes Defendant George Correia who hereby moves this honorable court for a one (1) month continuance of the trial of this case. The grounds for this motion are that defendant requires additional time to prepare this case and to negotiate a possible plea agreement with the government.

Defendant requests a one (1) month continuance, and agrees that the period of time from the filing of this motion until the rescheduling of the trial date may be considered excludable time under the Speedy Trial Act.

Defense counsel has consulted with the Assistant United States Attorney handling this case, who has no objection to this motion.

Defendant
GEORGE CORREIA
By his attorney

/s/ James T. McCormick

**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2008, a copy of the foregoing Motion for continuance of Trial was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ James T. McCormick

James T. McCormick (#2614)
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903
(401) 831-2970