**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 07-152ML** |
| | ) | |
| | ) | **Information pursuant to** |
| **v.** | ) | **21 U.S.C. § 851** |
| | ) | |
| | ) | |
| **GEORGE J. CORREIA, JR.** | ) | |

**INFORMATION CHARGING PRIOR CONVICTION**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the defendant, who was charged by the United States Grand Jury in the District of Rhode Island on December 19, 2007 with the possession of 50 grams or more of cocaine base with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A) (Count I), and the possession of cocaine with the intent to distribute in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) (Count II), of having been previously convicted of a felony drug offense as described below:

George Correia was convicted in Providence County (Rhode Island) Superior Court (case number P2-2001-2427A) of manufacture/delivery/possess with intent to deliver a Schedule I/II controlled substance, a felony drug offense under state law.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that the defendant has previous convictions for a felony drug offense. Therefore, the defendant is subject to a

fine of not more than $8,000,000, a term of imprisonment of not less than 20 years and not more than life, and a term of supervised release of at least 10 years on Count I of the indictment, and a fine of not more than $2,000,000, a term of imprisonment of not more than 30 years, and a term of supervised release of at least 6 years on Count II of the indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE,
UNITED STATES ATTORNEY

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

CERTIFICATION

I hereby certify that on March 23, 2008, a copy of the within "Information Charging Prior Conviction" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. James T. McCormick
Attorney at Law
Suite 330 Shakespeare Hall
128 Dorrance Street
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj