IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 07-152ML
)
GEORGE J. CORREIA, JR. )

NOTICE

Sandra R. Beckner, Assistant United States Attorney, gives notice under 21 U.S.C. § 851 and files this Judgment of Conviction and Commitment in the above-listed case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

On March 25, 2008, I caused the within Notice to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

James T. McCormick, Esquire
Suite 330 Shakespeare Hall
128 Dorrance Street
Providence, RI 02903

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov