FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Vs. C.A No. 07-152-01ML

GEORGE J. CORREIA, Jr.

**DEFENDANT'S MOTION TO CONTINUE SENTENCING**

Now comes defendant George J. Correia, Jr. who hereby moves this Honorable Court for an order continuing the sentencing of this case from the scheduled date of July 11, 2008 until a date convenient for the court in September of 2008. The basis for this motion is that defense counsel requires additional time to obtain mitigation evidence prior to the sentencing. The undersigned counsel has conferred with the Assistant United States Attorney handling this case, who has indicated that the government has no objection to defendant's motion for continuance.

Accordingly, defendant respectfully requests that this Honorable Court reschedule defendant's sentencing until a date in September 2008.

GEORGE J. CORREIA, JR.
By his attorneys,
McKENNA & McCORMICK

/s/ James T. McCormick
**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814
(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATION**

I hereby certify that a true copy of the within was filed electronically and it is available for viewing and downloading from the ECF system. The following counsel of record received notice of the filing of this document electronically from the United States District Court for the District of Rhode Island.

Assistant United States Attorney
Sandra Beckner
United States District Office
District of Rhode Island
One Exchange Terrace
Federal Building & Courthouse
Providence, RI 02903

/s/ James T. McCormick